UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


ERNEST YOUNGBLOOD               )
                 Plaintiff,     )
                                )
v.                              )        **JUDGMENT**
                                )
                                )        No. 5:20-CV-242-FL
KILOLO KIJAKAZI, Commissioner of )
Social Security,                )
                 Defendant.     )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2021, it is ordered that defendant pay to plaintiff $5,756.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $400.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on October 22, 2021, and Copies To:**
Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

October 22, 2021                PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk