UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERNEST YOUNGBLOOD )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>KILOLO KIJAKAZI, Commissioner of )<br>Social Security, )<br>　　　　Defendant. ) | **AMENDED JUDGMENT**<br><br>No. 5:20-CV-242-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 5, 2022, it is ordered that defendant pay to plaintiff $5,756.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, the $400 filing fee that was inadvertently included on the original order shall be returned by Plaintiff's counsel.

**This Judgment Filed and Entered on January 5, 2022, and Copies To:**
Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

January 5, 2022　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk