IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:20-CV-00242-FL

| | |
|---|---|
| ERNEST YOUNGBLOOD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER APPROVING ATTORNEY |
| KILOLO KIJAKAZI, | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $24,000.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $24,000.00 and to refund the previously awarded EAJA fees to Plaintiff in the amount of $5,756.50.

This 21st day of April, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge